UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL ROSS, GINA HERNANDEZ, and KELVIN LEE,<br><br>                              Plaintiffs,<br><br>                   -v.-<br><br>J.B. HUNT TRANSPORT,<br><br>                              Defendant. | 22 Civ. 8761 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      For the reasons stated on the record at today's conference, Defendant failed to remove this action within the 30-day period prescribed by 28 U.S.C. § 1446(b)(1). Accordingly, the Clerk of Court is directed to remand the case to New York State Supreme Court, Bronx County, pursuant to 28 U.S.C. § 1447(c). The Clerk of Court is further directed to terminate all pending motions, adjourn all remaining dates, and close this case.

      SO ORDERED.

Dated:  December 1, 2022
           New York, New York

                                            KATHERINE POLK FAILLA
                                            United States District Judge